FILED
2019 MAY 16 AM 11: 16
CLERK U.S. [DISTRICT COURT]
CENTRAL DIST. OF [CALIFORNIA]
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **19MJ02063** |
| v. | |
| Siriporn Domsa aka: EDD | **AFFIDAVIT RE** |
| DEFENDANT(S) | **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Indictment
in the _____ District of Columbia on May 3, 2019
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about March 21, 2019
in violation of Title 22; 18; (See Indictment) U.S.C., Section(s) 2778; 1956(h); (See Indictment)
to wit: Violation of the Arms Export Control Act; Conspiracy to Launder Money. (See Indictment)

A warrant for defendant's arrest was issued by: USDC, District of Columbia Magistrate Judge G. Michael Harvey

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):
Copy of Indictment and Arrest Warrant

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 5/16/19, by
_Cindy Ollu_, Deputy Clerk.

_Burt R. Barbre_ _Burt L. Barbre, Jr._
**Signature of Agent** **Print Name of Agent**

| US ICE - Homeland Security Investigations | HSI Special Agent |
|---|---|
| **Agency** | **Title** |